IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT V. MENDEZ,

    Petitioner,

v.

BUREAU OF PRISON (FDC SHERIDAN),

    Respondent.

Case No. 3:18-cv-01004-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 12), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 12) is adopted in full. The petition is DENIED and the case is DISMISSED without prejudice.

IT IS SO ORDERED.

    DATED this 28th day of January, 2019.

1 –ORDER

Michael McShane
United States District Judge